# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2023 KW 0779

VERSUS

DAVID JOSEPH MARTIN, III

**OCTOBER 10, 2023**

---

In Re:    David Joseph Martin, III, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, Nos. 834514, 834515, 835176.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

> **WRIT DENIED.** Relator does not clearly state what relief he seeks nor has he pointed to any specific ruling of the district court for consideration. If relator intends to seek review of the district court's ruling on the application for postconviction relief he should specifically request that relief, identify how he believes the district court erred, and include a copy of the ruling.

> PMc
> CHH
> SMM

COURT OF APPEAL, FIRST CIRCUIT

_Ayedra 3 JolKino_
DEPUTY CLERK OF COURT
FOR THE COURT